## HOOKER *v.* THE STATE.

COBB, J.   No error of law was complained of, and the evidence warranted the verdict.                     *Judgment affirmed.     All the Justices concur.*

Submitted June 15, — Decided June 25, 1903.

Accusation of carrying concealed weapons.     Before Judge Hodges.     City court of Macon.     May 1, 1903.

*John R. Cooper,* for plaintiff in error.
*William Brunson, solicitor-general,* contra.

---

## HODNETT *v.* THE STATE.

CANDLER, J.   There being nothing in the evidence to identify the goods found in the possession of the accused as those alleged to have been stolen, or to connect him in any way with the crime, the verdict finding him guilty should have been set aside as contrary to the evidence.
                    *Judgment reversed.     All the Justices concur.*

Argued June 15, — Decided June 25. 1903.

Accusation of larceny.     Before Judge Hollingsworth.     City court of Fayetteville.     April 27, 1903.

*J. W. Wise,* for plaintiff in error.
*A. O. Blalock, solicitor,* and *E. E. Spurlin,* contra.